IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02466-CMA-KLM

DAVID ZIEGLER,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Vacate Settlement Conference** [Docket No. 31; Filed July 20, 2009] (the "Motion").  As a preliminary matter, the Court notes that Defendant has failed to comply with D.C.COLO.LCiv 7.1A, which requires that counsel confer before filing a motion.  That duty extends to *pro se* parties.  However, Defendant believes that a Settlement Conference would not be productive at this time.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Settlement Conference set for July 28, 2009 at 1:30 p.m. is **VACATED**.

Dated:  July 21, 2009