**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02466-CMA-KLM

DAVID ZIEGLER,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant.

**ORDER ADOPTING AND AFFIRMING AUGUST 25, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

    This matter is before the Court on Defendant's Motion for Summary Judgment (Doc. # 20), filed March 12, 2009. The motion was referred to Magistrate Judge Kristen L. Mix for a Recommendation by Order of Reference dated May 22, 2009. Magistrate Judge Mix issued a Recommendation (Doc. # 35) on August 25, 2009 that the above-referenced case be dismissed with prejudice. (Recommendation at 1.) That Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

    The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 5.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Mix is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). I agree with the Magistrate Judge that the above-referenced case should be dismissed. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 35), filed August 25, 2009, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

DATED: September __18__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge